UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Dhimiter S. Llordi et al,
    Plaintiffs

  V.

JPMorgan Chase Bank, N.A.,
    Defendant

CIVIL ACTION

NO. 1:18-cv-11064-PBS

## SETTLEMENT ORDER OF DISMISSAL

SARIS, Chief Judge

    The Court having been advised on June 24, 2019, by counsel for the parties that the above action has been settled:

    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 60 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

By the Court,

June 25, 2019                    /s/ Miguel A. Lara

    Date                              Deputy Clerk