UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| DHIMITER S. LLORDI AND NATALIA HOSHOVSKY, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.<br><br>*Defendants* | 1:18-CV-11064-PBS |

**[~~PROPOSED~~] ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

Upon reviewing the Parties' Stipulation and Joint Motion, and for Good Cause shown, the Court hereby dismisses this entire action, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Pursuant to the Parties' stipulation, there shall be no prevailing party for the purpose of this action, and each party shall bear its own attorneys' fees and costs. The clerk is instructed to close the action.

DATED: 7/30, 2019

_____
Honorable Patti B. Saris
United States District Judge